UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ATLANTIC HOUSING PARTNERS L.L.P., TOWN PARKE, LTD., CONCORD MANAGEMENT, LTD, GLOBAL REALTY COMPANY, L.L.P., and CPG CONSTRUCTION, L.L.L.P.,**

    Plaintiffs,

v.                                      Case No: 6:10-cv-1905-Orl-35DAB

**CITY OF WINTER SPRINGS, FLORIDA,**

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court for consideration of the parties' Joint Motion to Dismiss Case with Prejudice, (Dkt. 73) in which the parties indicate that they have reached an amicable resolution to this matter.

Accordingly, it is hereby **ORDERED** that:

1. This case is **dismissed with prejudice.** Each party shall bear its own attorneys' fees and costs associated with this matter.

2. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 14th day of May, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party